Savings Investment and Trust Company (as amended), as Substituted Trustee, etc., Appellant, v. Fidelity and Deposit Company of Maryland and Maryland Casualty Company, Respondents, Impleaded with Another,

Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.